**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas
(State)

Case number *(if known)*: _____     Chapter  __11__

☐ Check if this is an
amended filing

---

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's Name** | <u>Oxford Mining Company, LLC</u> | |

**2. All other names debtor used in the last 8 years**

<u>N/A</u>

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

<u>31-1136257</u>

**4. Debtor's address**

**Principal place of business**

<u>9540 South Maroon Circle</u>
Number        Street

<u>Suite 300</u>

<u>Englewood, Colorado 80112</u>
City                          State      Zip Code

<u>Douglas County</u>
County

**Mailing address, if different from principal place of business**

_____     _____
Number        Street

_____
P.O. Box

_____     _____   _____
City                          State   Zip Code

**Location of principal assets, if different from principal place of business**

_____     _____
Number        Street

_____     _____   _____
City                          State   Zip Code

**5. Debtor's website** (URL)          <u>www.westmorelandmlp.com</u>

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor     Oxford Mining Company, LLC                        Case number *(if known)*
         Name

---

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

---

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

---

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2121 (Coal Mining)**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____   Case number _____
                                      MM/DD/YYYY

              District _____  When _____   Case number _____
                                        MM/DD/YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  **See Rider 1**           Relationship  **Affiliate**

        District  **Southern District of Texas**

                                                When  **10/09/2018**

        Case number, if known _____           MM / DD / YYYY

---

Debtor _____Oxford Mining Company, LLC_____     Case number *(if known)* _____
     Name

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

    **Where is the property?**

    _____
    Number    Street

    _____    _____  _____
    City    State    Zip Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.   Insurance agency  _____

            Contact name    _____

            Phone    _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor     Oxford Mining Company, LLC        Case number *(if known)* _____
<br>Name

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **10/09/2018**
<br>                MM/ DD / YYYY

✘    **/s/ Samuel Hagreen**                **Samuel Hagreen**
<br>     Signature of authorized representative of debtor        Printed name

Title    **Secretary and General Counsel**

**18. Signature of attorney**

✘    **/s/ Patricia B. Tomasco**        Date    **10/09/2018**
<br>     Signature of attorney for debtor               MM/ DD/YYYY

**Patricia B. Tomasco**
<br>Printed name

**Jackson Walker L.L.P.**
<br>Firm name

**1401 McKinney Street, Suite 1900**
<br>Number               Street

**Houston**                      **Texas**       **77010**
<br>City                              State        ZIP Code

**(713) 752-4200**                **ptomasco@jw.com**
<br>Contact phone                     Email address

**01797600**                      **Texas**
<br>Bar number                      State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas
(State)

Case number *(if known)*: _____   Chapter   __11__

☐ Check if this is an
amended filing

## Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Westmoreland Coal Company.

- Westmoreland Coal Company
- Absaloka Coal, LLC
- Basin Resources, Inc.
- Buckingham Coal Company, LLC
- Dakota Westmoreland Corporation
- Daron Coal Company, LLC
- Harrison Resources, LLC
- Haystack Coal Company
- Oxford Conesville, LLC
- Oxford Mining Company - Kentucky, LLC
- Oxford Mining Company, LLC
- San Juan Coal Company
- San Juan Transportation Company
- Texas Westmoreland Coal Company
- WCC Land Holding Company, Inc.
- WEI-Roanoke Valley, Inc.
- Western Energy Company
- Westmoreland Coal Company Asset Corp.
- Westmoreland Coal Sales Company, Inc.
- Westmoreland Energy Services New York, Inc.
- Westmoreland Energy Services, Inc.
- Westmoreland Energy, LLC
- Westmoreland Kemmerer Fee Coal Holdings, LLC
- Westmoreland Kemmerer, LLC
- Westmoreland Mining LLC
- Westmoreland North Carolina Power LLC
- Westmoreland Partners
- Westmoreland Power, Inc.
- Westmoreland Resource Partners, LP
- Westmoreland Resources GP, LLC
- Westmoreland Resources Inc.
- Westmoreland San Juan Holdings, Inc.
- Westmoreland San Juan, LLC
- Westmoreland Savage Corporation
- Westmoreland Texas Jewett Coal Company
- Westmoreland-Roanoke Valley, LP
- WRI Partners, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| OXFORD MINING COMPANY, LLC, | Case No. 18-_____(\_\_\_) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Oxford Mining Company, LLC | Westmoreland Resource Partners, LP | 3540 South Maroon Circle, Suite 300, Englewood, Colorado 80112 | 100% |

---

[1]   This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OXFORD MINING COMPANY, LLC, | ) | Case No. 18-_____(___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Westmoreland Resource Partners, LP | 100% |

Fill in this information to identify the case and this filing:

Debtor Name        Oxford Mining Company, LLC

United States Bankruptcy Court for the:        Southern District of Texas

(State)

Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration_____ **List of Equity Security Holders and Corporate Ownership Statement**_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

|  |  |
|---|---|
| ☒ /s/ *Samuel Hagreen* | |
| **10/09/2018** | |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
|  | **Samuel Hagreen** |
|  | Printed name |
|  | **Secretary and General Counsel** |
|  | Position or relationship to debtor |

**Official Form 202**        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Westmoreland Coal Company, *et al.* |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number *(If known)*: | _____ (State) |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 1 | Bureau of Indian Affairs Department of the Interior 1849 C Street, N.W., MS-4606-MIB Washington, DC 20240 | Name: Hankie P. Ortiz, Deputy Bureau Director Phone: (202) 208-511 Fax: (202) 208-6334 Email: Hankie.Ortiz@Bia.gov | Royalties | Unliquidated | | | $1,800,000 |
| 2 | Ohio Cat 3993 E. Royalton Rd. Broadview Heights, OH 44147 | Name: Ken Taylor, President Phone: (440) 526-6200 Email: Ktaylor@Ohiocat.com | Trade Debt | | | | $1,476,431 |
| 3 | Paprzycki, Kevin A. Address On File | Name: Paprzycki, Kevin A. Phone: Redacted Email: Redacted | Severance | Contingent Unliquidated Disputed | | | $1,156,800 |
| 4 | Minerals Management Service 1849 C Street NW, Mail Stop 5134 Washington, DC 20240 | Name: Timothy Calahan Phone: (303) 231-3036 Email: Timothy.Calahan@Onrr.gov | Royalties | Unliquidated | | | $1,100,000 |
| 5 | Nelson Brothers Mining Service 820 Shades Creek Parkway, Suite 2000 Birmingham, AL 35209 | Name: Tim Zeli, Director - Direct Operations Phone: (205) 802-5305 Fax: (205) 414-2900 Email: Tzeli@Nelbro.com | Trade Debt | | | | $992,331 |
| 6 | Tractor & Equipment Co. 17035 W. Valley Hwy Tukwila, WA 98188 | Name: Tim May, Vice President & CFO Phone: (425) 251-9829 Email: Tmay@Harnishgrp.com | Trade Debt | | | | $399,477 |
| 7 | Caterpillar Financial Services Corp 2120 West End Ave. Nashville, TN 37203-0001 | Name: David Thomas Walton, VP Phone: (615) 341-1000 Email: Walton_David_T@Cat.com | Trade Debt | | | | $374,626 |

[1] The Debtors reserve the right to assert setoff and other rights with respect to any of the claims listed herein.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 8 | Wampum Hardware Company 636 Paden Road New Galilee, PA 16141 | Name: Jerry Davis Phone: (724) 336-4501 Fax: (724) 336-3818 Email: Jdavis@Wampumhardware.com | Trade Debt | | | | $362,269 |
| 9 | Consol Mining Company, LLC CNX Center 1000 Consol Energy Drive, Suite 100 Canonsburg, PA 15317-6506 | Name: Mitesh Thakkar, Director Phone: (724) 485-3300 Email: Miteshthakkar@Consolenergy.com | Royalties | Unliquidated | | | $350,000 |
| 10 | Land Services USA, Inc. 1835 Market Street, Suite 420 Philadelphia, PA 19103 | Name: M. Gordon Daniels, Esq., Principal and Chief Executive Officer Phone: (215) 563-5468 Fax: (215) 568-8219 Email: gdaniels@lsutitle.com | Trade Debt | | | | $318,654 |
| 11 | M and C Transportation LLC 39830 Barnesville Bethesda Rd., Bethesda, OH 43719 | Name: Jeffrey W Crum, President Phone: (740) 484-4110 | Trade Debt | | | | $286,629 |
| 12 | Conveyors & Equipment, Inc. 3580 South 300 West Salt Lake City, UT 84115 | Name: John Morrison, Owner Phone: (801) 263-1843 Email: Morrisonj@Conveyequip.com | Trade Debt | | | | $184,008 |
| 13 | GCR Tires & Service 535 Marriott Drive Nashville, TN 37214 | Name: John Vasuta, President, GCR Phone: (615) 937-1000 Fax: (615) 937-3621 | Trade Debt | | | | $174,742 |
| 14 | Cravat Coal Co. 40580 Cadiz Piedmont Rd. Cadiz, OH 43907 | Name: James Carnes, President Phone: (740) 968-1000 Fax: (740) 942-8449 | Royalties | Unliquidated | | | $150,000 |
| 15 | Wheeler Machinery Co. 4901 W 2100 S Salt Lake City, UT 84120-1227 | Name: Bryan Campbell, President Phone: (801) 974-0511 | Trade Debt | | | | $145,937 |
| 16 | Silver Spur Conveyor 578 Raven Road Raven, VA 24639 | Name: Greg Smith, President Phone: (276) 596-9414 Fax: (276) 963-6921 Email: Silverspurbelt@Aol.com | Trade Debt | | | | $144,140 |
| 17 | Komatsu Financial Komatsu America Corp. 1701 Golf Road, Suite 1-100 Rolling Meadows, IL 60008 | Name: Rod Schrader, Chairman And CEO Phone: (847) 437-5800 Email: Rschrader@Komatsuna.com | Trade Debt | | | | $110,769 |
| 18 | Columbus Equipment Co. 2329 Performance Way Columbus, OH 43207 | Name: Zach O'Connor, Regional Manager Phone: (614) 443-6541 Fax: (614) 443-0297 Email: Zach@Columbusequipment.com | Trade Debt | | | | $108,341 |
| 19 | Montana-Dakota Utilities Co. 400 North Fourth Street Bismarck, ND 58501 | Name: Ms. Nicole A. Kivisto, CEO Phone: (701) 222-7900 Fax: (701) 221-3933 | Trade Debt | | | | $90,544 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 20 | Rocky Mountain Power Po Box 26000 1033 Ne 6th Ave. Portland, OR 97256-0001 | Name: Cindy Crane, CEO Phone: (888) 225-2611 Email: Cindy.Crane@Pacificorp.com | Trade Debt | | | | $80,985 |
| 21 | Holland & Hart LLP 2515 Warren Avenue, Suite 450 Cheyenne, WY 82001 | Name: Matt Micheli, Partner Phone: (307) 778-4225 Email: Mjmicheli@Hollandhart.com | Trade Debt | | | | $79,831 |
| 22 | Bowles Rice LLP 600 Quarrier St. Charleston, WY 25301 | Name: Paul E. Frampton, Partner Phone: (304) 347-1100 Fax: (304) 343-2867 Email: Pframpton@Bowlesrice.com | Trade Debt | | | | $76,812 |
| 23 | Honstein Oil And Distributing LLC 96 Road 4980 Bloomfield, NM 87413 | Name: Jason Allee, VP of Operations Phone: (505) 632-5730 Email: Jason@Honsteinoil.com | Trade Debt | | | | $73,724 |
| 24 | Cincinnati Mine Machinery Co. 2950 Jonrose Ave. Cincinnati, OH 42539 | Name: Ron Paolello, General Manager Phone: (513) 522-7777 Email: Ron@Cinimine.com | Trade Debt | | | | $71,956 |
| 25 | Monsanto Company 800 N Lindbergh Blvd. St. Louis, MO 63167 | Name: Hugh Grant, CEO Phone: (314) 694-1000 Fax: (314) 694-8394 | Trade Debt | | | | $68,712 |
| 26 | Minova USA Inc. 150 Summer Court Georgetown, KY 40324 | Name: Bill Hutchinson, CEO Phone: (800) 626-2948 Fax: (502) 863-6805 | Trade Debt | | | | $66,227 |
| 27 | Davis Graham & Stubbs 1550 17th Street Denver, CO 80202 | Name: Debbie Schoonover, Executive Director Phone: (303) 892-9400 Fax: (303) 893-1379 Email: Debbie.Schoonover@Dgslaw.com | Trade Debt | | | | $63,751 |
| 28 | Cardwell Distributing, Inc. 8137 State Street Midvale, UT 84047 | Name: Bill Rawson, CEO And President Phone: (801) 561-4251 Fax: (801) 561-9202 | Trade Debt | | | | $60,867 |
| 29 | Rhino Energy LLC Rhino Resource Partners LP 424 Lewis Hargett Circle, Suite 250 Lexington, KY 40503 | Name: Richard A. Boone, CEO Phone: (859) 389-6500 Email: Rboone@Rhinolp.com | Trade Debt | | | | $54,601 |
| 30 | Lykins Energy Solutions 5163 Wolfpen Pleasent Hill Rd. Milford, OH 45150 | Name: D. Jeff Lykins, President/CEO Phone: (800) 875-8820 Fax: (513) 831-1428 | Trade Debt | | | | $54,374 |
| 31 | Mesa Ready Mix Inc. 6895 Drinen Lane Farmington, NM 87402 | Name: Mike Shavers, Director Phone: (505) 485-0035 | Trade Debt | | | | $52,098 |
| 32 | Chromate Industrial 4060 East Plano Parkway Plano, TX 75074 | Name: Debbie Bynum, CEO/President Phone: (214) 341-2122 Fax: (214) 348-7714 | Trade Debt | | | | $52,000 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim<br><br>(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br><br>If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 33 | Jennmar Corporation<br>258 Kappa Drive<br>Pittsburgh, PA 15238 | Name: Karl Anthony Calandra, EVP<br>Phone: (412) 963-9071<br>Fax: (412) 963-9767<br>Email: Tcalandra@Jennmar.com | Trade Debt | | | | $51,667 |
| 34 | Holmes Limestone, Inc.<br>4255 State Route 39<br>Berlin, OH 44610 | Name: Merle Mullet, President<br>Phone: (330) 893-2310<br>Fax: (330) 893-2941 | Royalties | Unliquidated | | | $50,000 |
| 35 | Ohio Department of Natural Resources Division of Forestry<br>2045 Morse Rd., Building H<br>Columbus, OH 43229 | Name: James Zehringer, Director<br>Phone: (614) 265-6565<br>Fax: (614) 262-2064<br>Email: Info@Ohiodnr.com | Royalties | | | | $50,000 |
| 36 | Mineral Trucking, Inc.<br>6848 County Road 201<br>Millersburg, OH 44654 | Name: Jeff Zimmerly, Owner<br>Phone: (330) 893-2068<br>Fax: (330) 893-2068 | Trade Debt | | | | $48,184 |
| 37 | Komatsu Southwest<br>6101 Pan American W Freeway NE<br>Albuquerque, NM 87109 | Name: Grant Adams, President<br>Phone: (505) 345-8383 | Trade Debt | | | | $46,126 |
| 38 | Wirerope Works, Inc.<br>100 Maynard Street<br>Williamsport, PA 17701 | Name: Mr. Virgil R. Probasco, EVP<br>Phone: (570) 326-5146<br>Fax: (570) 327-4274 | Trade Debt | | | | $43,376 |
| 39 | Mine Site Technologies USA Inc.<br>13301 West 43rd Drive Golden<br>Denver, CO 80403 | Name: Lloyd Zenari, CEO<br>Phone: (303) 951-0570<br>Email: L.Zenari@Mstglobal.com | Trade Debt | | | | $42,855 |
| 40 | William Albert, Inc.<br>1300 Cassingham Hollow Drive<br>Coshocton, OH 43812 | Name: William Albert, President<br>Phone: (740) 622-3045<br>Email: William.Albert@Williamalbert.com | Trade Debt | | | | $41,817 |
| 41 | Clearfork Trucking<br>45640 Old Hopedale Rd<br>Cadiz, OH 43907 | Name: Bradford Davis, Sr., President<br>Phone: (740) 942-4173 | Trade Debt | | | | $41,329 |
| 42 | J & L Professional Sales Inc.<br>260 Meteor Circle<br>Freedom, PA 15042 | Name: Paul Wischmann, Principal<br>Phone: (412) 788-4927 | Trade Debt | | | | $38,809 |
| 43 | Acme Soil Remediation, Inc.<br>108 N. Behrend Ave., Suite A<br>Farmington, NM 87401 | Name: Theresa Simpson, Principal<br>Phone: (505) 632-2195 | Trade Debt | | | | $38,646 |
| 44 | EKS&H LLP<br>1445 Market Street, Suite 300<br>Denver, CO 80202 | Name: Joe Adams, Lead Partner<br>Phone: (303) 740-9400<br>Fax: (303) 740-9009<br>Email: Jadams@Eksh.com | Trade Debt | | | | $38,513 |
| 45 | Halifax County Public Utilities<br>26 N King Street<br>Halifax, NC 27839 | Name: Greg Griffin, Public Utilities Director<br>Phone: (252) 583-1014<br>Fax: (252) 593-5014<br>Email: Griffing@Halifaxnc.com | Trade Debt | | | | $38,073 |
| 46 | Imaginit (Rand Worldwide)<br>11201 Dolfield Blvd., Suite 112<br>Owings Mills, MD 21117 | Name: Larry Rychlak – President And Chief Executive Officer<br>Phone: (508) 663-1411<br>Email: Lrychlack@Rand.com | Trade Debt | | | | $37,645 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 47 | Adobe Systems Inc. 345 Park Avenue San Jose, CA 95110-2704 | Name: Mark Garret Fax: (408) 536-6000 Email: Mgarret@Adobe.com | Trade Debt | | | | $37,518 |
| 48 | Michael Ramsey, Deceased, By and Through His Personal Representative, Donna Ramsey, on Behalf of the Estate and Heirs of Michael Ramsey c/o Edwards, Frickle, & Culver 1648 Poly Drive, Suite 206 Billings, MT 59102 | Name: A. Clifford Edwards Phone: (406) 215-4735 | Litigation | Contingent Unliquidated Disputed | | | Undetermined |
| 49 | Ohio Environmental Protection Agency 30 E. Broad Street, 25th Floor Columbus, OH 43215 | Name: Craig W. Butler, Director Phone: (614) 644-2782 Fax: (614) 644-3184 Email: Craig.Butler@epa.ohio.gov | Litigation | Contingent Unliquidated Disputed | | | Undetermined |
| 50 | Pension Benefit Guaranty Corporation 1200 K Street, NW Washington, DC 20005 | Name: W. Thomas Reeder, Director Phone: (202) 326-4020 Fax: (202) 326-4112 Email: Reeder.Thomas@pbgc.gov | Pension Liability | Unliquidated | | | Undetermined |

**Omnibus Resolutions of the Boards of Directors, Boards of Managers,
Sole Managers, Members, Sole Member and Managers,
Shareholders, Limited Partners, and General Partners**

**Dated as of October 9th, 2018**

Effective as of the date written above, the undersigned members of the board of directors, members of the board of managers, sole managers, members, sole member and managers, shareholders, limited partners, and general partners (each, the "Governing Body"), as applicable, of each entity set forth on Annex A attached hereto (each, a "Company" and collectively, the "Companies"), hereby take the following actions and adopt the following resolutions by written consent (this "Consent") pursuant to the bylaws, limited liability company agreement, limited partnership agreement, or similar document (in each case, as amended or amended and restated to date) of each Company, as applicable, (the "Governing Document") and the laws of the state of formation of each Company as set forth next to each Company's name on Annex A:

**Chapter 11 Filing**

WHEREAS, each Governing Body has considered presentations by each Company's management and the financial and legal advisors of each Company regarding the liabilities and liquidity situation of each Company, the strategic alternatives available to it, and the effect of the foregoing on each Company's business; and

WHEREAS, each Governing Body has had the opportunity to consult with the management and the financial and legal advisors of the Companies and fully consider each of the strategic alternatives available to the Companies.

NOW, THEREFORE, BE IT,

RESOLVED, that in the judgment of the Governing Body, it is desirable and in the best interests of each Company (including a consideration of its creditors and other parties in interest) that each Company shall be, and hereby is, authorized to file, or cause to be filed, voluntary petitions for relief (the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States.

RESOLVED, that the Chief Executive Officer, the President, the General Counsel, the Associate General Counsel, the Chief Operating Officer, the Chief Financial Officer, the Chief Restructuring Officer, any Senior Vice President, any Vice President, any Assistant Vice President, and any other duly appointed officer of each Company (each, an "Authorized Signatory" and collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and they hereby are, authorized, empowered, and directed to execute and file on behalf of each Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of each Company's business.

**Retention of Professionals**

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "Kirkland") as general bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Jones Day ("Jones Day") as counsel to the conflicts committee of the board of directors (the "Conflicts Committee") of Westmoreland Resources GP, LLC and as conflicts counsel to the Companies; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Jones Day.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm Lazard Frères & Co. LLC ("Lazard") as financial advisor to, among other things, assist the Conflicts Committee and each Company in evaluating each Company's business and prospects, developing a long-term business plan, developing financial data for evaluation by the Conflicts Committee, creditors, or other third parties, as requested by the Conflicts Committee, evaluating each Company's capital structures, responding to issues related to each Company's financial liquidity, and in any sale, reorganization, business combination, or similar disposition of each Company's assets; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Lazard.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm Alvarez & Marsal North America, LLC ("A&M"), as restructuring advisor to each Company to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to employ or retain the services of A&M.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Donlin, Recano & Company, Inc. ("DRC"), as notice and claims agent to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company' rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby

authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of DRC.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ any other professionals to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

RESOLVED, that each of the Authorized Signatories be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Signatories deem necessary, proper, or desirable in connection with the Companies' Chapter 11 Cases, with a view to the successful prosecution of the cases.

**Cash Collateral and Adequate Protection**

RESOLVED, that each Company will obtain benefits from (a) the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "Cash Collateral"), which is security for certain prepetition lenders to each Company (collectively, the "Prepetition Lenders") party to that certain credit agreement, dated as of December 31, 2014, by and among Oxford Mining Company, LLC, as borrower, each Company and certain of each Company's subsidiaries, as guarantors, and U.S. Bank, National Association, as administrative agent.

RESOLVED, that in order to use and obtain the benefits of the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, each Company will provide certain adequate protection to the Prepetition Lenders (the "Adequate Protection Obligations"), as documented in a proposed order in interim and final form (the "Cash Collateral Order") and submitted for approval to the Bankruptcy Court.

RESOLVED, that the form, terms, and provisions of the Cash Collateral Order to which each Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are authorized, adopted, and approved, and each of the Authorized Officers of each Company be, and hereby is, authorized and empowered, in the name of and on behalf of each Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the Cash Collateral Order, and such other agreements, certificates, instruments, receipts, petitions, motions, or other papers or documents to which each Company will be a party, including, but not limited to, any security and pledge agreement or guaranty agreement (collectively with the Cash Collateral Order, the "Cash Collateral Documents"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Board, with such changes, additions, and modifications thereto as the officers of each

Company executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof.

RESOLVED, that each Company, as debtors and debtors in possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the Cash Collateral Documents (collectively, the "Cash Collateral Transactions"), including granting liens on its assets to secure such obligations.

**General**

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such director's judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

RESOLVED, that the Governing Body of each Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of each Company, or hereby waive any right to have received such notice.

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby, in all respects, approved and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Governing Body.

RESOLVED, that each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of each Company with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Signatory shall deem necessary or desirable in such Authorized Signatory's reasonable business judgment to effectuate the purposes of the transactions contemplated herein.

* * * * *

**IN WITNESS WHEREOF,** the undersigned have executed this consent as of the date first written above.

**WESTMORELAND KEMMERER, LLC**

MANAGERS:

By: _____
Name:  Jennifer S. Grafton
Title:  Manager

By: _____
Name:  Joseph E. Micheletti
Title:  Manager

MEMBER:

WESTMORELAND RESOURCE PARTNERS, LP
By Westmoreland Resources GP, LLC, its General Partner

By: _____
Name:  Samuel N. Hagreen
Title:   Associate General Counsel & Secretary

**OXFORD MINING COMPANY, LLC**

MEMBER:

WESTMORELAND RESOURCE PARTNERS, LP
By Westmoreland Resources GP, LLC, its General Partner

By: _____
Name:  Samuel N. Hagreen
Title:   Associate General Counsel & Secretary

**IN WITNESS WHEREOF,** the undersigned have executed this consent as of the date first written above.

WESTMORELAND KEMMERER, LLC

MANAGERS:

By: _____
Name:  Jennifer S. Grafton
Title:   Manager

By: _Joseph E. Micheletti_____
Name:  Joseph E. Micheletti
Title:   Manager

MEMBER:

WESTMORELAND RESOURCE PARTNERS, LP
By Westmoreland Resources GP, LLC, its General Partner

By: _____
Name:  Samuel N. Hagreen
Title:    Associate General Counsel & Secretary

OXFORD MINING COMPANY, LLC

MEMBER:

WESTMORELAND RESOURCE PARTNERS, LP
By Westmoreland Resources GP, LLC, its General Partner
By: _____
Name:  Samuel N. Hagreen
Title:    Associate General Counsel & Secretary

**IN WITNESS WHEREOF,** the undersigned have executed this consent as of the date first written above.

WESTMORELAND KEMMERER, LLC

MANAGERS:

By: _____
Name:  Jennifer S. Grafton
Title:   Manager


By: _____
Name:  Joseph E. Micheletti
Title:   Manager

MEMBER:

WESTMORELAND RESOURCE PARTNERS, LP
By Westmoreland Resources GP, LLC, its General Partner

By: _____
Name:  Samuel N. Hagreen
Title:   Secretary and Associate General Counsel


**OXFORD MINING COMPANY, LLC**

MEMBER:

WESTMORELAND RESOURCE PARTNERS, LP
By Westmoreland Resources GP, LLC, its General Partner
By: _____
Name:  Samuel N. Hagreen
Title:   Secretary and Associate General Counsel

**HARRISON RESOURCES, LLC**

MEMBER:

OXFORD MINING COMPANY, LLC

By:

Name:  Samuel N. Hagreen

Title:    Secretary and Associate General Counsel


**OXFORD MINING COMPANY-KENTUCKY, LLC**

MEMBER:

OXFORD MINING COMPANY, LLC

By:

Name:  Samuel N. Hagreen

Title:    Secretary and Associate General Counsel


**DARON COAL COMPANY, LLC** MEMBER:

OXFORD MINING COMPANY, LLC

By:

Name:  Samuel N. Hagreen

Title:    Secretary and Associate General Counsel


**OXFORD CONESVILLE, LLC** MEMBER:

OXFORD MINING COMPANY, LLC

By:

Name:  Samuel N. Hagreen

Title:    Secretary and Associate General Counsel

*[Signature Page - Written Consent - WMLP Group]*

**WESTMORELAND KEMMERER FEE COAL HOLDINGS, LLC**

MANAGER:

By: _____
Name:  Jennifer S. Grafton
Title:   Manager

MEMBER:

OXFORD MINING COMPANY, LLC
By: _____
Name:  Samuel N. Hagreen
Title:   Associate General Counsel & Secretary

**WESTMORELAND KEMMERER FEE COAL HOLDINGS, LLC**

MANAGER:

By: _____
Name:  Jennifer S. Grafton
Title:   Manager


MEMBER:

OXFORD MINING COMPANY, LLC
By: _____
Name:  Samuel N. Hagreen
Title:   Secretary and Associate General Counsel

**Annex A**

| Company | State of Formation |
|---|---|
| Westmoreland Kemmerer, LLC | Delaware |
| Oxford Mining Company, LLC | Delaware |
| Harrison Resources, LLC | Ohio |
| Oxford Mining Company-Kentucky, LLC | Kentucky |
| Daron Coal Company, LLC | Ohio |
| Oxford Conesville, LLC | Ohio |
| Westmoreland Kemmerer Fee Coal Holdings, LLC | Delaware |